**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JOEY BANKS<br>L.A. DOC # 485746 | CIVIL ACTION NO. 17-1342 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 4th day of January, 2019, in Shreveport, Louisiana.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT